United States District Court
Southern District of Texas
**ENTERED**
July 16, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| **MELISSA PAYNE** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | CIVIL ACTION NO. 2:19-cv-00010 |
| § | |
| **AG-PRO, LLC, d/b/a,** § | |
| **AG PRO COMPANIES** § | |
| § | |
| **Defendant.** § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Pending before the Court is Plaintiff's Unopposed Motion to Dismiss with Prejudice. (Dkt. No. 28). After reviewing the Motion, the record and the applicable law, the Court is of the opinion that it should be **GRANTED**.

It is therefore **ORDERED** that all claims brought by Plaintiff against Defendant in this Civil Action are **DISMISSED WITH PREJUDICE**. Costs of court and attorney's fees are to be borne by the party incurring same.

This is a **FINAL JUDGMENT**.

Signed this 15th of July, 2020.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**